### Wilson v. Guthrie.

ON an affidavit by the defendant, that when served with the writ in this cause, he supposed the suit

Aug. Term,
1805.
to be in the common pleas, and had " a substantial defence," corroborated by the deposition of his attorney, that he was retained to defend upon information by the defendant that the suit was in the common pleas, and knew not to the contrary till he gave notice of retainer, the court set aside a regular default and subsequent proceedings upon payment of costs.